| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Mary Ann Little** | Social Security number or ITIN **xxx–xx–8211** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Virginia** | |
| Case number:  **15–62072** | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Mary Ann Little

   <u>1/26/16</u>                                                              **By the court:**  <u>Rebecca B. Connelly</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                        Western District of Virginia
In re:                                                          Case No. 15-62072-rbc
Mary Ann Little                                                 Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-6          User: robertson              Page 1 of 2                  Date Rcvd: Jan 26, 2016
                              Form ID: 318                 Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db           +Mary Ann Little,   1946 Trents Ferry Rd,    Lynchburg, VA 24503-6447
4195040      +A Wireless,   C/O Aldous & Associates, PLLC,    PO Box 171374,    Holladay, UT 84117-1374
4195042      +Bryant State Bank/ CCS,    500 E 60th St N,   Sioux Falls, SD 57104-0478
4195043      +Bullcity Financial Sol,    1107 West Main St., Suite 201,    Durham, NC 27701-2028
4195048      +CMG Piedmont Pyschiatric Center,    1204 Fenwick Dr,   Lynchburg, VA 24502-2112
4195050       CNAC-VA103,   2828 Candlers Mountain Rd,    Lynchburg, VA 24502-2210
4195045      +Centra Emergency Services,    2010 Atherholt Road,   Lynchburg, VA 24501-1106
4195046       Central Virginia Family Physicans,    PO Box 2489,   Forest, VA 24551-6489
4195047      +Chad Mooney, Esq.,   Petty Livingston & Dawson Richards,    725 Church St #1200,
               Lynchburg, VA 24504-1481
4195051      +Commonwealth Collections, LLC,    PO Box 2080,   Kilmarnock, VA 22482-2080
4195052       Credit Acceptance Corp,    PO Box 513,   Southfield, MI 48037-0513
4195059     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
             (address filed with court:   Focused Recovery Solutions,    9701 Metropolitan Court Ste B,
               Richmond, VA 23236)
4195055       Fingerhut/ Web Bank,   PO Box 1250,    St Cloud, MN 56395-1250
4195056      +First National Credit Card,    PO Box 5097,   Sioux Falls, SD 57117-5097
4195058      +Firstsource Advantage, LLC,    PO Box 1022,   Wixom, MI 48393-1022
4195060      +Heritage Funeral Service And Crematory,    427 Graves Mill Rd.,   Lynchburg, VA 24502-4207
4195061      +Hospital Professional Services,    1204 Fenwick Drive,   Lynchburg, VA 24502-2112
4195063      +James H. Little,   419 Falkland Pl Rd,    Evington, VA 24550-1823
4195064       Kelly Rentals, Inc,   D/B/A Aaron's,    5205 Fort Ave,   Lynchburg, VA 24502-1609
4195066       Lynchburg General District Court,    905 Court St,   Lynchburg, VA 24504-1603
4195069      +Radiology Consultants Of Lynch,    9701 Metropolitan Ct Ste,   North Chesterfield, VA 23236-3690
4195070      +Roberts Home Medical,    2010 Tate Springs Rd,   Lynchburg, VA 24501-1112
4195071      +SCA Credit Services, Inc.,    1502 Williamson Road NE,   Roanoke, VA 24012-5100
4195072      +Schewel Furniture Company,    PO Box 11615,   Lynchburg, VA 24506-1615
4195076      +The Sleep Center,   C/O Leon P.; Ferrance, PC,    1017 2nd St SW,   Roanoke, VA 24016-4436
4195077      +UVA Physicians Group,    2609 N Duke St Ste 500,   Durham, NC 27704-0015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4195041       EDI: AAEO.COM Jan 26 2016 21:38:00      Aaron's,    5205 Fort Ave,   Lynchburg, VA 24502-1609
4195044       EDI: CAPITALONE.COM Jan 26 2016 21:38:00      Capital One Bank,    PO Box 30285,
               Salt Lake City, UT 84130-0285
4195049      +E-mail/Text: collect@ccsroanoke.com Jan 26 2016 21:39:41      Cmg The Neurosurgery Center,
               C/O Creditors Collection Service,    PO Box 21504,   Roanoke, VA 24018-0152
4195053       EDI: RCSFNBMARIN.COM Jan 26 2016 21:38:00      Credit One Bank,    ATTN Bankruptcy,
               PO Box 98873,   Las Vegas, NV 89193-8873
4195054       EDI: DIRECTV.COM Jan 26 2016 21:38:00      DirecTV,    PO Box 6550,
               Greenwood Village, CO 80155
4195057       EDI: AMINFOFP.COM Jan 26 2016 21:38:00      First Premier Bank,    Attn: Bankruptcy Department,
               PO Box 5524,   Sioux Falls, SD 57117-5524
4195062       EDI: IRS.COM Jan 26 2016 21:38:00      Internal Revenue Service,    Insolvency Unit,
               400 N 8th St No. 76,    Richmond, VA 23219
4195065      +EDI: RESURGENT.COM Jan 26 2016 21:38:00      LVNV Funding, LLC,    PO Box 10497,
               Greenville, SC 29603-0497
4195067       EDI: MERRICKBANK.COM Jan 26 2016 21:38:00      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
4195068       EDI: RMSC.COM Jan 26 2016 21:38:00      Paypal/ Synchrony Bank,    PO Box 965005,
               Orlando, FL 32896-5005
4195073      +EDI: LTDFINANCIAL.COM Jan 26 2016 21:38:00      Show Master Card/ Visa,
               C/O LTD Financial Services,    7322 Southwest Freeway, Ste. 1600,   Houston, TX 77074-2134
4195074      +E-mail/PDF: jamiep@simmassociates.com Jan 26 2016 21:47:14      Simm Associates, Inc.,
               800 Pencader Dr,   Newark, DE 19702-3354
4195075       E-mail/Text: bklaw2@centurylink.com Jan 26 2016 21:39:18      Sprint Customer Service,
               Attn Bankruptcy Department,   PO Box 96064,    Charlotte, NC 28296-0064
4195078      +EDI: VERIZONWIRE.COM Jan 26 2016 21:38:00      Verizon Wireless,    PO Box 5029,
               Walllingford, CT 06492-7529
4195079       E-mail/Text: bkr@taxva.com Jan 26 2016 21:39:37     Virginia Department Of Taxation,
               Legal Unit,   PO Box 2156,   Richmond, VA 23218-2156
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0423-6          User: robertson            Page 2 of 2           Date Rcvd: Jan 26, 2016
                              Form ID: 318               Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
              Margaret C. Valois    on behalf of Debtor Mary Ann Little mv@vbclegal.com,
               paralegal@vbclegal.com;paralegalvbc@gmail.com;dfarish@vbclegal.com;baileycox@vbclegal.com;mv@vbcl
               egal.com;kthomas@vbclegal.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              William F Schneider(79)    trustee@wfschneider.com, va31@ecfcbis.com
                                                                                             TOTAL: 3
```